874

No. 73–16.   MOGULNICKI *v.* KELLER ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–32.   FINANCIAL INDUSTRIAL FUND, INC. *v.* McDONNELL DOUGLAS CORP.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–41.   FABRYCKI ET AL. *v.* TRUSTEES OF INDIANA UNIVERSITY ET AL.   C. A. 7th Cir.   Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–42.   MUHLETHALER *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–52.   VESTAL *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–87.   POTTER *v.* STATE PERSONNEL BOARD OF REVIEW.   Sup. Ct. Ohio.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–89.   WACHTEL ET UX. *v.* WEST ET UX.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–131.   PENN YAN BOATS, INC. *v.* SEA LARK BOATS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–136.   SANTANA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.